*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Francisco Frias,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc.<br><br>　　　　　Defendants. | CASE NO. CV 12-6644-GW(JCGx)<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

　　　The Court has reviewed the Stipulation of Plaintiff FRANCISCO FRIAS and Defendant MIDLAND CREDIT MANAGEMENT, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

1   That the above-entitled lawsuit is hereby dismissed, with prejudice,

2   pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: February 4, 2013   _____
GEORGE H. WU, U.S. DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

07202..00/191910                              2

ORDER RE STIPULATION RE DISMISSAL
CASE NO. 2:12-cv-06644-GW-JCG